UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **JUDGE JOAN H. LEFKOW** |
| ) | |
| Plaintiff, ) | **MAGISTRATE JUDGE KEYS** |
| ) | |
| v. ) | |
| ) | Case No. **08CR 0117** |
| NORA PENALOZA ) | |
| also known as "Chavelo," ) | Violation: 21 U.S.C. § 846 |
| ) | |
| Defendant. ) | |

**FILED**

**INDICTMENT**

FEB - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about November 9, 2006 at Bedford Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

NORA PENALOZA, also known as "Chavelo,"

defendant herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, in excess of 5 kilograms of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY