# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 117 | **DATE** | 5/7/2008 |
| **CASE TITLE** | USA vs. Nora C. Penaloza | | |

**DOCKET ENTRY TEXT**

Indictment having been filed on February 7, 2008, order bench warrant issued as to defendant Nora C. Penaloza. The Government will seek to have the defendant detained without bond pursuant to Title 18, United States Code, Section 3142. Previously issued bench warrant of February 8, 2008 is quashed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|