

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

William T. Walsh
Clerk

REPLY TO:  Newark

May 28, 2008

US District Court

Everett McKinley Dirksen
United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

FILED
RECEIVED
JUN 0 3 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Re: U.S.A. -v- Nora Penaloza**

**Our Docket No. 08-3097(PS)**

**Your Docket No. 08CR117**

Dear Clerk:

　　Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By:    Amy Andersonn
　　　 Deputy Clerk

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:08-mj-03097-PS-1

Case title: USA v. PENALOZA

Date Filed: 05/20/2008
Date Terminated: 05/20/2008

Assigned to: Magistrate Judge Patty Shwartz

### Defendant (1)

**NORA PENALOZA**
*TERMINATED: 05/20/2008*

represented by **CANDACE HOM**
COUNSEL NOT ADMITTED TO USDC-NJ BAR
OFFICE OF THE FEDERAL PUBLIC DEFENDER
972 BROAD STREET
FOURTH FLOOR
NEWARK, NJ 07102
(973) 645-6347
Fax: (973) 297-4807
Email: candace_hom@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**

21:846 Conspiracy to possess controlled substance

**Disposition**

---

### Plaintiff

| | |
|---|---|
| USA<br>*TERMINATED: 05/20/2008* | represented by **MICHAEL HAVASY ROBERTSON**<br>OFFICE OF THE U.S. ATTORNEY<br>970 BROAD STREET<br>SUITE 700<br>NEWARK, NJ 07102<br>973-645-2700<br>Email: michael.robertson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2008 | | Arrest (Rule 5) of NORA PENALOZA (aa, ) (Entered: 05/28/2008) |
| 05/20/2008 | 1 | Minute Entry for proceedings held before Magistrate Judge Patty Shwartz:Initial Appearance/Attorney Appointment Hearing as to NORA PENALOZA held on 5/20/2008. Commitment to another district executed. (aa, ) (Entered: 05/28/2008) |
| 05/20/2008 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to NORA PENALOZA. CANDACE HOM for NORA PENALOZA appointed. Signed by Magistrate Judge Patty Shwartz on 5/20/08. (aa, ) (Entered: 05/28/2008) |
| 05/20/2008 | 3 | WAIVER of Rule 5 Hearings by NORA PENALOZA (aa, ) (Entered: 05/28/2008) |
| 05/20/2008 | 4 | COMMITMENT TO ANOTHER DISTRICT as to NORA PENALOZA. Defendant committed to the Northern District of Illinois. Signed by Magistrate Judge Patty Shwartz on 5/20/08. (aa, ) (Entered: 05/28/2008) |
| 05/28/2008 | 5 | Clerk's Transmittal Letter to the Northern District of Illinois of Rule 5 Proceedings (aa, ) (Entered: 05/28/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/04/2008 11:50:52 | | | |
| PACER Login: | us3962 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-mj-03097-PS Start date: 1/1/1970 End date: 6/4/2008 |
| Billable Pages: | 1 | Cost: | 0.08 |

United States District Court
District of New Jersey

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| v. | |
| NORA PENALOZA a/k/a CHAVELO | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| D.N.J. | 08-117 Northern District Illinois | Mag. No. 08-3097 | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON A BENCH WARRANT
charging a violation of Probation pursuant to Title 21 U.S.C. Section 846

DISTRICT OF OFFENSE: Northern District of Illinois

DESCRIPTION OF CHARGES:   The defendant is indicted on charges of conspiracy to possess controlled substance

Current Bond Status:

__ Bail fixed at         and conditions were not met
__ Government moved for detention and defendant detained after hearing in District of Arrest.
X  Government moved for detention and defendant detained pending detention hearing in District of Offense — without prejudice to the defendant's right to make an application for bail
__ Other (specify)

Representation: __ Retained own counsel __ Federal Defender Organization __ CJA Attorney __ None

Interpreter Required?  X No   __ Yes       Language: _____

DISTRICT OF NEW JERSEY
TO: THE UNITED STATES MARSHAL

Your are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/20/08                 Patty Shwartz
Date       Hon. Patty Shwartz, United States Magistrate Judge

**RETURN**

This Commitment was received and executed as follows:

| THIS COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |