## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 117 - 1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | U.S.A. vs. Nora Penaloza | | |

**DOCKET ENTRY TEXT**

(Defendant Nora Penaloza only). Arraignment and plea held on 7/9/2008. Defendant enters a plea of not guilty to all counts in the indictment. Defendant informed of her rights. 16.1(A) conference to be held by 7/23/2008. Pretrial motions to be filed by 8/6/2008. Status hearing set for 8/6/2008 at 9:30 a.m. Case referred to Magistrate Judge Arlander Keys for reconsideration of detention based on new evidence. Time is excluded from 7/9/2008 through 8/6/2008 pursuant to 18 U.S.C. §3161(h)(1)(F). (X-E).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SB |
|---|---|---|