## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Lefkow | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 117-1 | **DATE** | 7/18/2008 |
| **CASE TITLE** | USA v Nora Penaloza | | |

**DOCKET ENTRY TEXT**

The Defendant's oral motion for reconsideration of detention based on new evidence is denied for the reasons stated on the record. The defendant is ordered detained without prejudice to her right to address the issue of bond at a later date.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | AC |
|---|---|---|