**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                          Plaintiff,

v.                                              Case No.: 1:08−cr−00117
                                                  Honorable Joan H. Lefkow

Nora Penaloza
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow as to Nora Penaloza:Status hearing of 8/6/2008 stricken and reset to 8/27/2008 at 09:30 AM. The period beginning 7/28/2008 through 8/27/2008 is excluded pursuant to 18.3161(h)(8)(A)(B).Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.