**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                                     Plaintiff,

v.                                                                      Case No.: 1:08−cr−00117
                                                                      Honorable Joan H. Lefkow

Nora Penaloza

                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow as to Nora Penaloza: Status hearing held on 8/27/2008 and continued to 10/1/2008 at 09:30 AM. Jury Trial set for 3/30/2009 at 09:30 AM. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 8/27/2008 through 3/30/2009 is excluded pursuant to 18.3161(h)(8)(A)(B). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.